# FEDERAL PUBLIC DEFENDER'S OFFICE
## WESTERN DISTRICT OF NEW YORK

MARIANNE MARIANO
*FEDERAL PUBLIC DEFENDER*
marianne_mariano@fd.org

JEFFREY L. CICCONE
*ASSISTANT FEDERAL PUBLIC DEFENDER*
jeffrey_ciccone@fd.org

28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614

585-263-6201
FAX: 585-263-5871

BUFFALO OFFICE
300 PEARL STREET, SUITE 200
BUFFALO, NEW YORK 14202
716-551-3341
716-551-3346-FAX

*REPLY TO: ROCHESTER*

June 18, 2013

VIA FAX
Honorable Frank P. Geraci
United States District Judge
4230 U.S. Courthouse
100 State Street
Rochester, New York 14614

Re:  United States v. Thomas Cramer
     12-CR-6112 (FPG)

Dear Judge Geraci:

Thomas Cramer is currently scheduled to appear before Your Honor for sentencing on June 27, 2013. In order to prepare for sentencing, and in an effort to provide all relevant records to the United States Probation Office for its preparation of the Presentencing Report, I have been attempting to gather all of Mr. Cramer's medical records. Unfortunately, Mr. Cramer's medical history is extensive and I have not yet received all of the necessary records. Accordingly, in order to adequately prepare for sentencing and to afford the Probation Office sufficient time to complete its report, I respectfully request that Mr. Cramer's sentencing hearing be adjourned for approximately sixty days.

I have conferred with Assistant United States Attorney John Rogowski and he does not oppose this request.

*Sentencing Hearing adjourned until August 27, 2013 3:00 P.M.*

SO ORDERED THIS 19th DAY OF Jun 20 13

HON. FRANK P. GERACI, JR.
U.S. District Judge

Very truly yours,

Jeffrey L. Ciccone
Assistant Federal Public Defender

cc: AUSA John Rogowski, Esq.
    USPO Kerry Chartier