UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

THOMAS CRAMER,

Defendant.



12-CR-6112

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on March 27, 2013 the defendant, THOMAS CRAMER, pled guilty to Counts 1-4 of the Indictment 12-CR-6112 that charged him with violations of Title 18, United States Code, Sections 1591(a)(1), (a)(2) and (b)(2) (sex trafficking of a minor), and,

WHEREAS, from the defendant's conviction on these counts, and the argument adduced in the government's motion for a preliminary order, the government has established the requisite nexus between the property and the offense committed by the defendant, and therefore the following property is subject to forfeiture:

1. Black Acer Aspire Laptop (Qty: 1)
2. Black Acer Aspire Laptop (Qty: 1)
3. Blue Toshiba Satellite Laptop (Qty: 1)
4. Grey Dell Latitude D620 Laptop (Qty: 1)
5. Black Acer Aspire 8930 Laptop (Qty: 1)
6. Black E Machine Laptop (Qty: 1)
7. Blue LG XNote Netbook Computer (Qty: 1)
8. Apple G4 Laptop Mod A1095 (Qty: 1)
9. Black HP Pavilion Laptop (Qty: 1)
10. Black Dell Notebook Laptop (Qty: 1)
11. Custom Antec Computer Tower (Qty: 1)
12. Dell Inspiron Laptop (Qty: 1)

13. Acer Laptop LXPXE0220911700C7C2000 (Qty: 1)
14. HP Laptop S/N: CNF742390P (Qty: 1)
15. Sony Vaio Laptop (Qty: 1)
16. MGM Computer S/N: 013250180 (Qty: 1)
17. RMR Computer (Qty: 1)
18. Gateway Computer S/N: GCV7321003748 (Qty: 1)
19. Medion Computer (Qty: 1)
20. HP Computer S/N: MXF444105H (Qty: 1)
21. Black Western Digital Hard Drive (Qty: 1)
22. SeaGate External Hard Drive (Qty: 1)
23. Black Samsung/Sprint Cell Phone (Qty: 1)
24. Grey/Black LG Cell Phone (Qty: 1)
25. Grey Motorola Cell Phone (Qty: 1)
26. Black Samsung Cell Smart Phone (Qty: 1)
27. White Samsung Verizon Galaxy Smart Phone (Qty: 1)
28. Black Samsung Verizon Galaxy Smart Phone (Qty: 1)
29. Black Helio Cell Phone (Qty: 1)
30. Grey LG/Verizon Flip Phone (Qty: 1)
31. Samsung Cell Phone SCH-U430 (Qty: 1)
32. Samsung Galaxy S Cell Phone SCH-I500 (Qty: 1)
33. Verizon Samsung Cell Phone (Qty: 1)
34. Samsung Cellular Telephones (Qty: 2)
35. Purple Kodak Digital Camera (Qty: 1)
36. 10 USB ThumbDrives (Qty: 10)
37. 4 SD Cards/Adapters (Qty: 4)
38. 9 Micro SD Cards (Qty: 9)
39. SIM Card (Qty: 1)
40. 2 T-Mobile SIM Card (Qty: 2)
41. 2 SD Cards (Qty: 2)
42. Micro SD Card (Qty: 1)
43. USB Drive (Qty: 1)
44. 3 USB Adapters (Qty: 3)
45. Micro SD Adapter (Qty: 1)
46. CD's (Qty: 200)
47. SD Cards (Qty: 2)
48. USB Hub (Qty: 1)
49. SanDisk USB Drive (Qty: 1)
50. LogiTech USB Drive (Qty: 1)
51. Computer Bag w/ Misc. Computer Cords (Qty: 1)
52. DVD Drive (Player) (Qty: 1)
53. DVD Rewritable Drive PN: 5187-1940 (Qty: 1)

NOW THEREFORE, pursuant to Federal Rule of Criminal Procedure 32.2 (b)(2) and Title 18, United States Code, Section 1594(d), and the incorporated procedures of Title 21, United States Code, Section 853, it is hereby;

ORDERED, ADJUDGED, and DECREED that pursuant to Title 21, United States Code, Section 853(c) and (e) through (p), the above listed property and/or any interest therein is hereby condemned and forfeited to the United States of America and shall be disposed of according to law; and it is further

ORDERED, ADJUDGED, and DECREED that this Order shall serve as a judgment in favor of the United States of America regarding any and all of the defendant's right, title, and interest in the above described property. The property is hereby condemned and forfeited to the United States of America and shall be disposed of according to law, and the United States of America shall seize the aforementioned property, to protect the interests of the Government in the property ordered forfeited by providing a copy of this Order to any person or entity which has possession of, or jurisdiction over the forfeited interests, and by taking all steps necessary and appropriate to protect the interests of the United States of America, including the taking of actual possession of the property; and it is further

ORDERED, ADJUDGED and DECREED that pursuant to Title 21, United States Code, Section 853(h), following the seizure of the property ordered forfeited, the Attorney General and/or the Secretary of the Department of Homeland Security shall direct the disposition of the property, making due provision for the rights of any innocent persons; and it is further

ORDERED, ADJUDGED, and DECREED that pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General and/or the Secretary of the Department of Homeland Security may direct, and provide notice that any person, other than the defendant, having or claiming a legal interest in the above forfeited property must file a petition with the court within thirty (30) days of the final publication of notice, or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for request of a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in any of the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified, and it is further,

ORDERED, ADJUDGED, AND DECREED, that in the event that a Final Order of Forfeiture is issued concerning the subject property, the United States Department of Homeland Security shall dispose of the forfeited property according to law. The United States Department of Homeland Security shall be reimbursed for all costs incurred arising

from the seizure and custody of said property. All remaining funds shall be deposited with the United States Department of Treasury Asset Forfeiture Fund; and it is further,

ORDERED, ADJUDGED, AND DECREED, that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Section 1594(d).

Dated: Rochester, New York, June 26, 2013.

_____
HONORABLE FRANK P. GERACI, JR.
United States District Judge

5